IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-00036 |
| v. ) | Chief Judge Haynes |
| ) | |
| PEPSI BEVERAGE CO., et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the parties' joint stipulation of dismissal with prejudice of all claims pending in this action. (Docket Entry No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED.**

This is the Final Order in this action.

ENTERED this the ____ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court